UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARWAN GREEN,

Plaintiff,

v.

FLOWERS BAKERIES SALES OF NORCAL, LLC,

Defendant.

Case No.  25-cv-06679-JSC

**ORDER RE: MOTION TO CERTIFY NOVEMBER 6, 2025 ORDER FOR INTERLOCUTORY APPEAL**

Re: Dkt. No. 33

On November 6, 2025, the Court remanded this case to state court.  (Dkt. No. 28.)[1]  The Court mailed certified copies of the docket and Order to the Alameda Superior Court on the same day.  (Dkt. No. 29.)  Nearly two weeks later, Defendant moved for reconsideration of that Order, which the Court denied.  (Dkt. Nos. 31, 32.)  And two weeks after the Court's denial, Defendant moved to certify the Court's November 6, 2025 Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and to stay the case pending the appeal.  (Dkt. No. 33.)

After carefully considering the arguments and briefing submitted, the Court concludes oral argument is unnecessary, *see* Civ. L.R. 7-1(b), and DENIES Defendant's motion for the reasons set forth below.  An order remanding a case to state court is "not reviewable on appeal or otherwise."  28 U.S.C. § 1447(d).  "Once a district court certifies a remand order to state court it is divested of jurisdiction and can take no further action on the case."  *Seedman v. U.S. Dist. Ct. for Cent. Dist. of California*, 837 F.2d 413, 414 (9th Cir. 1988).  While a court may certify order an order <u>*denying remand*</u> as appealable under certain circumstances, *see Mattel, Inc. v. Bryant*, 442 F. Supp. 2d 1081, 1089-1100 (C.D. Cal. Mar. 4, 2005), *aff'd* 446 F.3d 1011 (9th Cir. 2006), a court

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

United States District Court
Northern District of California

cannot so certify an order *granting remand* because, upon certification of the order, the Court "is divested of jurisdiction and can take no further action on the case." *Seedman*, 837 F.2d at 415.

This Order disposes of Docket No. 33. The Clerk of Court shall mail certified copies of this Order and the updated docket in this case to the Alameda Superior Court.

**IT IS SO ORDERED.**

Dated: February 3, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California

2